# Court of Appeals
# of the State of Georgia

ATLANTA, April 06, 2017

*The Court of Appeals hereby passes the following order*

## A17D0346. SENTASHA KEYAMA-JOY EL v. THE WILLIAM OLIVER CONDOMINIUM ASSOCIATION, INC. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015CV260776



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 06, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*